**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CERTIFIED STEEL COMPANY, A DIVISION OF SHERWOOD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMPSON STEEL FABRICATORS, LLC, <br><br> Defendant. | CIVIL ACTION NO. 09-811 (MLC) <br><br><br><br> **MEMORANDUM OPINION** |

**THE COURT** ordering the plaintiff to show cause why the Complaint should not be dismissed for lack of jurisdiction under 28 U.S.C. § ("Section") 1332 (dkt. entry no. 3, Order to Show Cause); and the Court explaining (1) that the plaintiff had failed to properly assert the defendant's citizenship, and (2) the proper way to determine citizenship (id. at 1-4); and the Court also advising the plaintiff that if it failed to demonstrate jurisdiction by March 19, 2009, then it would be deemed to be in support of dismissal (id. at 5); and the plaintiff failing to respond to the Order to Show Cause; and

**THE COURT** thus intending to (1) grant the Order to Show Cause, and (2) dismiss the Complaint for lack of jurisdiction under Section 1332, without prejudice to the plaintiff to recommence the action in state court, as the limitations period for the cause of action is tolled by the filing of a federal

complaint, see Jaworowski v. Ciasulli, 490 F.3d 331, 333-36 (3d Cir. 2007); Galligan v. Westfield Ctr. Serv., 82 N.J. 188, 191-95 (1980); and for good cause appearing, the Court will issue an appropriate Order and Judgment.

        s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge

Dated: March 20, 2009